# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court



RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

June 16, 2008

Clerk, U.S. District Court
Central Distirct of California
312 North Spring St.
Los Angeles, CA 90012

FILED
JUN 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Re: 08mj8522, USA v. Attar

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| ✓ Docket Sheet | ✓ Warrant of Removal |
| ✓ Complaint | ___ Order of Removal |
| ___ Minute Order Appointing Counsel | ___ Detention Order |
| ___ Corporate Surety Bond | ✓ Waiver of Removal |
| ___ Personal Surety Bond | |
| ___ Other _____ | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
, Deputy Clerk